IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION


| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No. 7:06-980-HMH |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Gregory Lee Moore, | ) | |
| | ) | |
| Defendant. | ) | |


This matter is before the court on the Defendant's motion for a reduction of sentence

pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.  Rule 35(b) provides that

"[u]pon **the government's motion**," the court may reduce a sentence based on substantial

assistance.  (Emphasis added.)  The instant motion was filed by the Defendant.  Based on the

foregoing, the motion is denied.

   **IT IS SO ORDERED**.

                                        s/Henry M. Herlong, Jr.
                                        Senior United States District Judge

Greenville, South Carolina
April 13, 2010

1